UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Lease Trust

In Re:

Cory Griffin,
Natasha N. Scarlette-Griffin

**Order Filed on April 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:    18-24656 RG

Chapter: 13

Hearing Date: April 03, 2019  at 10:00 A.M.

Judge:  Rosemary Gambardella

| Recommended Local Form | ☐ | Followed | ☐ | Modified |
|---|---|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 8, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

[Type text]

Upon the motion of <u>Toyota Lease Trust</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐   Real Property More Fully Described as:

■   Personal Property More Fully Describes as: **2015 Toyota Sienna, VIN: 5TDDK3DC4FS125817,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-24656-RG
Cory Griffin                                                                Chapter 13
Natasha N. Scarlette-Griffin
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin            Page 1 of 1              Date Rcvd: Apr 08, 2019
                                 Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
db/jdb          +Cory Griffin,     Natasha N. Scarlette-Griffin,     12 Angelo Drive,     Sparta, NJ 07871-3176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
          Alexandra T. Garcia   on behalf of Creditor    AmeriHome Mortgage Company, LLC
           NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Denise E. Carlon   on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Melissa S DiCerbo   on behalf of Creditor    AmeriHome Mortgage Company, LLC
           nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Michael R. DuPont   on behalf of Creditor    United Teletech Financial dupont@redbanklaw.com,
           dana@redbanklaw.com
          Rebecca Ann Solarz   on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          Scott J. Goldstein   on behalf of Joint Debtor Natasha N. Scarlette-Griffin sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          Scott J. Goldstein   on behalf of Debtor Cory  Griffin sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 12