Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                                Case No.: 18−24656−RG  
                                Chapter: 13  
                                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Cory Griffin                                      Natasha N. Scarlette−Griffin  
   12 Angelo Drive                             12 Angelo Drive  
   Sparta, NJ 07871                          Sparta, NJ 07871

Social Security No.:  
   xxx−xx−1698                                     xxx−xx−3208

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:  
    was entered on .

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 9, 2019  
JAN: slm

                                                                              Jeanne Naughton  
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-24656-RG
Cory Griffin                                                            Chapter 13
Natasha N. Scarlette-Griffin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 3              Date Rcvd: Apr 09, 2019
                              Form ID: 148               Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
```
db/jdb         +Cory Griffin,   Natasha N. Scarlette-Griffin,    12 Angelo Drive,    Sparta, NJ 07871-3176
aty            +Kevin McDonald,   216 Haddon Ave.,    Ste. 406,    Westmont, NJ 08108-2812
aty            +Kevin McDonald,   KML Law Group, P.C.,    216 Haddon Ave.,    Ste. 406,    Westmont, NJ 08108-2812
cr             +United Teletech Financial,    McKenna, DuPont, Higgins & Stone,    PO Box 610,    229 Broad Street,
                 Red Bank, NJ 07701-2009
517789207      +AmeriHome Mortgage Company, LLC,    Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
517658438      +Amerihome Mtg Co, Llc,   21300 Victory Blvd Ste 2,    Woodland Hills, CA 91367-2525
517742630      +Cavalry SPV I, LLC,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite 200,
                 Tucson, AZ 85712-1083
517658442      +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517658446      +EOS-CCA,   700 Longwater Dr.,    Norwell, MA 02061-1624
517658445      +Emergency Physicians of St. Clare's,    25 Pocono Road,    Denville, NJ 07834-2954
517658447       First Premier Bank,   601 S Minneapolis Ave,    Sioux Falls, SD 57104
517746264       GLHEC & Aff obo GLHEGC,   PO Box 8961,    Madison WI 53708-8961
517658449      +Glelsi/navy Fcu Merri,   2401 International Lane,    Madison, WI 53704-3121
517658452      +McCabe Weisberg & Conway, LLC,    216 Haddon Ave, Ste 201,    Collingswood, NJ 08108-2818
517658454      +MedMagic,   612 Rutherford Ave,    Lyndhurst, NJ 07071-1217
518142971       MidFirst Bank,   P.O. Box 268888,    Oklahoma City, OK 73126-8888
518142972       MidFirst Bank,   P.O. Box 268888,    Oklahoma City, OK 73126-8888,    MidFirst Bank,
                 P.O. Box 268888,   Oklahoma City, OK 73126-8888
518148470       MidFirst Bank,   Attn: Payment Processing,    P.O. Box 268888,    Oklahoma City, OK 73126-8888
518148471      +MidFirst Bank,   Attn: Payment Processing,    P.O. Box 268888,    Oklahoma City, OK 73126-8888,
                 MidFirst Bank 73126-8888,    Attn: Payment Processing
517658457       NJ Early Intervention,   Central Management Office,    c/o CSC,    PO Box 29134,
                 Mission, KS 66201-9134
517715527       Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                 PO BOX 16408,   St. Paul, MN 55116-0408
517658458      +O'Brien & Taylor,   175 Fairfield Ave # 2A,    Caldwell, NJ 07006-6415
517775204     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
517658460       Saint Clare's Hospital,   PO Box 536598,    Pittsburgh, PA 15253-5907
517690050      +Slomin's,   c/o Jerome F O'Brien, Esq.,    PO Box 505,    West Caldwell, NJ 07007-0505
517658461       Slomin's Inc,   125 Lauman Lane,    PO Box 1886,    Hicksville, NY 11802-1886
517658462      +State of NJ,   Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517658463       Superior Court of New Jersey,    General Equity Division: Sussex County,    43-47 High Street,
                 Newton, NJ 07860
517658464      +Time Warner Cable,   100 Cable Way,    Staten Island, NY 10303-1413
517759789      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517658466      +United Teletech Fin Fc,   205 Hance Ave,    Tinton Falls, NJ 07724-2764
517658467      +United Teletech Financial FCU,    205 Hance Ave,    Eatontown, NJ 07724-2764
517658468       Vangroff Williams, Inc.,   PO Box 4155,    Sarasota, FL 34230-4155
517658469       Walden University,   PO Box 88,    Farmingdale, NY 11735-0088

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2019 23:42:53      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2019 23:42:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517658439      +EDI: CAPITALONE.COM Apr 10 2019 03:13:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
517658441      +EDI: CAPITALONE.COM Apr 10 2019 03:13:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517658440      +EDI: CAPITALONE.COM Apr 10 2019 03:13:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
517658443      +E-mail/Text: electronicbkydocs@nelnet.net Apr 09 2019 23:42:59      Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,   Po Box 82505,    Lincoln, NE 68501-2505
517658444      +E-mail/Text: electronicbkydocs@nelnet.net Apr 09 2019 23:42:59      Dept Of Ed/582/nelnet,
                 121 S 13th St,   Lincoln, NE 68508-1904
517664605       EDI: FORD.COM Apr 10 2019 03:13:00      FORD MOTOR CREDIT COMPANY LLC,    PO Box 62180,
                 Colorado Springs, CO 80962-4400
517658448       EDI: FORD.COM Apr 10 2019 03:13:00      Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,   Colorado Springs, CO 80962
517658450      +EDI: HFC.COM Apr 10 2019 03:13:00      Hsbc Bank Usa, Na,    Po Box 2013,
                 Buffalo, NY 14240-2013
517658451      +EDI: IRS.COM Apr 10 2019 03:13:00      IRS,   Centralized Insolvency,    PO Box 7346,
                 Philadelphia, PA 19101-7346
```

```
District/off: 0312-2          User: admin              Page 2 of 3             Date Rcvd: Apr 09, 2019
                              Form ID: 148             Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517776864        EDI: RESURGENT.COM Apr 10 2019 03:13:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of MCI Communications,   Services, Inc,   Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC 29603-0587
517658453       +E-mail/Text: laura@redbanklaw.com Apr 09 2019 23:41:54      McKenna, DuPont, Higgins & Stone,
                  229 Broad Street,   PO Box 610,   Red Bank, NJ 07701-0610
517658455       +EDI: NAVIENTFKASMSERV.COM Apr 10 2019 03:13:00      Navient,   Attn: Bankruptcy,   Po Box 9500,
                  Wilkes-Barr, PA 18773-9500
517658456       +EDI: NFCU.COM Apr 10 2019 03:13:00      Navy Federal Cr Union,   Po Box 3000,
                  Merrifield, VA 22119-3000
517723805       +EDI: NFCU.COM Apr 10 2019 03:13:00      Navy Federal Credit Union,   PO Box 3000,
                  Merrifield, VA 22119-3000
517787090        EDI: PRA.COM Apr 10 2019 03:13:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.A.,   POB 41067,   Norfolk VA 23541
517787068        EDI: PRA.COM Apr 10 2019 03:13:00      Portfolio Recovery Associates, LLC,
                  c/o The Home Depot Consumer,   POB 41067,   Norfolk VA 23541
517745029       +EDI: JEFFERSONCAP.COM Apr 10 2019 03:13:00      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517658459       +E-mail/Text: bankruptcy@purchasingpower.com Apr 09 2019 23:43:25      Purchasing Power,
                  1349 West Peachtree St NW,   #1100,   Atlanta, GA 30309-2956
517658465        EDI: TFSR.COM Apr 10 2019 03:13:00      Toyota Motor Credit Co,   Po Box 8026,
                  Cedar Rapids, IA 52408
517690319       +E-mail/Text: electronicbkydocs@nelnet.net Apr 09 2019 23:42:59
                  US Department of Education c/o Nelnet,   121 South 13th Street, Suite 201,
                  Lincoln NE 68508-1911
517712133        E-mail/Text: laura@redbanklaw.com Apr 09 2019 23:41:54
                  United Teletech Financial Federal Credit Union,   C/O McKenna, DuPont, Higgins & Stone, PC,
                  PO Box 610,   Red Bank, NJ 07701-0610
                                                                                                TOTAL: 23

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:

```
              Alexandra T. Garcia    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Michael R. DuPont    on behalf of Creditor    United Teletech Financial dupont@redbanklaw.com,
               dana@redbanklaw.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Scott J. Goldstein    on behalf of Debtor Cory  Griffin sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Apr 09, 2019
                              Form ID: 148             Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Scott J. Goldstein    on behalf of Joint Debtor Natasha N. Scarlette-Griffin sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                     TOTAL: 12