Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−24656−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Cory Griffin | Natasha N. Scarlette−Griffin |
| 12 Angelo Drive | 12 Angelo Drive |
| Sparta, NJ 07871 | Sparta, NJ 07871 |

Social Security No.:
  xxx−xx−1698                                     xxx−xx−3208

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 17, 2019</u>             <u>Rosemary Gambardella</u>
                                         Judge, United States Bankruptcy Court